**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARI AND DAVID FLETCHER-MACLEOD h/w<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. **1:10-cv-00758-RJA** |

**NOTICE OF SETTLEMENT**

　　　　Now comes Plaintiff, by and through counsel, and hereby gives Notice that the parties in the above-captioned matter have reached a settlement.  Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 60 days.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Warren & Vullings, LLP

　　　　　　　　　　　　　　　　BY:/s/  *Bruce K. Warren*
　　　　　　　　　　　　　　　　Bruce K. Warren, Esquire
　　　　　　　　　　　　　　　　93 Old York Road, Suite 333
　　　　　　　　　　　　　　　　Jenkintown, PA  19046
　　　　　　　　　　　　　　　　Tel:  215-745-9800
　　　　　　　　　　　　　　　　Fax:  215-745-7880
　　　　　　　　　　　　　　　　bv@w-vlaw.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/  Bruce K. Warren*