UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI AND DAVID FLETCHER-MACLEOD h/w<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>No. 1:10-cv-00758-RJA |

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:   April 11, 2011

**/s/  Bruce K. Warren**
Bruce K. Warren, Esq.
Warren & Vullings, LLP
Attorneys for Plaintiff
93 Old York Road, Suite 333
Jenkintown, PA   19046
215-745-9800

**/s/  David G. Peltan**
David G. Peltan, Esq.
Peltan Law, PLLC
Attorneys for Defendant
128 Church Street
East Aurora, NY   14052
716-655-3887